

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charles R. Johnson, Sr., Appellant

No. 06-25-00082-CV      v.

State Farm Lloyds, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 23C1423-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Charles R. Johnson, Sr., pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 19, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk